No. 14—January 27, 1977

IN THE SUPREME COURT OF THE
STATE OF OREGON

In re Complaint as to the Conduct of
DONALD H. GREENE, *Accused.*
(SC 24500)

On petition for rehearing filed January 12, 1977.
Former opinion filed December 23, 1976, 276 Or 1117,
557 P2d 644.

Thomas E. Cooney, of Morrison, Dunn, Cohen,
Miller & Carney, Portland, for the petition.

No appearance contra.

PER CURIAM.

## PER CURIAM.

The accused has petitioned for a rehearing, requesting us to modify the conditions of probation on which he was placed.

The court's decision is modified as follows: The accused shall furnish evidence that he has satisfactorily passed courses at a law school of this state in Professional Responsibility and the Administration of Estates. This shall be accomplished by September 30, 1978.

Petition denied.